THE HONORABLE JOHN C. COUGHENOUR
THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Robert John Preston,<br><br>        Plaintiff,<br><br>  v.<br><br>Ryan Boyer,<br><br>        Defendant. | Case No. C16-1106-JCC-MAT<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER LIMITING DISCOVERY AND**<br>**AMENDING CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 15, 2017** |

## STIPULATION

Plaintiff Robert Preston and Defendant Ryan Boyer (collectively, the "Parties") stipulate and agree as follows:

1. In this 42 U.S.C. § 1983 action, Mr. Preston asserts claims for violation of his constitutional rights in connection with his arrest by Snohomish County Sheriff's Deputy Boyer. Dkt. 10.

2. Deputy Boyer has asserted a qualified immunity defense, among other defenses. Dkt. 21.

3. Mr. Preston was originally proceeding pro se, but on April 5, 2017, the Court granted Mr. Preston's motion to appoint counsel. Dkt. 58.

4. Mr. Preston's appointed counsel appeared in the case on April 24, 2017. Dkt. 61.

(Case No. C16-1106-JCC-MAT) – 1
STIP. AND [PROPOSED] ORDER LIMITING
DISCOVERY AND AMENDING CASE SCHEDULE

136416109.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

5.      On May 1, 2017, the Court entered an Amended Pretrial Scheduling Order setting a discovery cutoff of September 8, 2017, and a dispositive motion deadline of October 6, 2017. Dkt. 62.

6.      Consistent with the United States Supreme Court's pronouncement that qualified immunity issues should be resolved at the "earliest possible stage of a litigation" and that any needed discovery "should be tailored specifically to the question of [the defendant's] qualified immunity" defense, *see Anderson v. Creighton*, 483 U.S. 635, 668 & n.6 (1987), the Parties agree that discovery should be limited at this stage of the case to the issue of qualified immunity, with the understanding that if this matter survives summary judgment on that issue, both fact and expert discovery will be reopened to all other issues.

7.      The Parties therefore request an order regarding the scope of discovery consistent with this understanding.

8.      The Parties have worked diligently to meet the scheduling order's deadlines, but they request modification of the existing deadlines. Due to the constraints of communicating with a party who is currently incarcerated in Eastern Washington, and because of scheduling conflicts for fact witnesses, expert witnesses, and counsel, the Parties stipulate to and request modification of the current discovery and dispositive motion deadlines.

9.      The Parties request that the Court modify the current discovery deadline (September 8, 2017) as follows:

    a.      September 29, 2017 for fact discovery;

    b.      October 20, 2017 for disclosure of expert reports; and

    c.      November 9, 2017 for expert depositions.

10.     The Parties also request that the current deadline for dispositive motions (October 6, 2017) be changed and that the following briefing schedule be set:

    a.      November 17, 2017 filing deadline for a summary judgment motion on the issue of qualified immunity;

(Case No. C16-1106-JCC-MAT) – 2
STIP. AND [PROPOSED] ORDER LIMITING
DISCOVERY AND AMENDING CASE SCHEDULE

136416109.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

        b.        December 8, 2017 for the Opposition; and

        c.        December 15, 2017 for the Reply.

The requested briefing schedule accounts for the modified discovery deadlines proposed above and provides an accommodation for the Thanksgiving holiday by slightly extending the typical response times for the Opposition and Reply.

11.    The modest modifications of deadlines proposed above will not impact a trial date, as no trial date has yet been set. Good cause exists to modify the deadlines for the reasons identified above.

RESPECTFULLY SUBMITTED this 15th of August, 2017

By: <u>s/ J. Camille Fisher</u>
J. Camille Fisher, WSBA #41809
By: <u>s/ Laura Hill</u>
Laura C. Hill, WSBA #49229
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000
Fax: 206.359.9000
CFisher@perkinscioe.com
LHill@perkinscoie.com

*Attorneys for Plaintiff Robert John Preston*

By: *s/ Mikolaj T. Tempski*
Mikolaj T. Tempski, WSBA #42896
By: *s/ Marc O. Bides*
Marc O. Bides, WSBA # 40496
**Snohomish County Prosecuting Attorney – Civil Division**
3000 Rockefeller Ave., M/S 504
Everett, WA 98201
Tel: (425)388-6330
Fax: (425)388-6333
Miko.Tempski@co.snohomish.wa.us
Marc.Bides@co.snohomish.wa.us

*Attorneys for Defendant Ryan Boyer*

(Case No. C16-1106-JCC-MAT) – 3
STIP. AND [PROPOSED] ORDER LIMITING
DISCOVERY AND AMENDING CASE SCHEDULE

136416109.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**[PROPOSED] ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED.

1. Discovery at this time shall be limited to the issue of qualified immunity. If this matter survives summary judgment on that issue, both fact and expert discovery will be reopened to all other issues, and an amended case schedule entered at an appropriate time.

2. The current discovery deadline is modified as follows:

    a. September 29, 2017 deadline for fact discovery;

    b. October 20, 2017 deadline for disclosure of expert reports; and

    c. November 9, 2017 deadline for expert depositions.

3. The current deadline for dispositive motions is modified, and the following briefing schedule is set:

    a. November 17, 2017 filing deadline for a summary judgment motion on the issue of qualified immunity;

    b. December 8, 2017 for the Opposition; and

    c. December 15, 2017 for the Reply.

Dated this 29th day of August, 2017

Mary Alice Theiler
United States Magistrate Judge

(Case No. C16-1106-JCC-MAT) – 4
STIP. AND [PROPOSED] ORDER LIMITING
DISCOVERY AND AMENDING CASE SCHEDULE

136416109.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000