THE HONORABLE JOHN C. COUGHENOUR
THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Robert John Preston,<br><br>        Plaintiff,<br><br>    v.<br><br>Ryan Boyer,<br><br>        Defendant. | Case No. C16-1106-JCC-MAT<br><br>**STIPULATION AND ORDER AMENDING CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 8, 2017** |

**STIPULATION**

Pursuant to Local Civil Rule 10(g), Plaintiff Robert Preston and Defendant Ryan Boyer (collectively, the "Parties") stipulate and agree as follows to modify the August 29, 2017 Stipulation and Order Limiting Discovery and Amending Case Schedule (Dkt. No. 66) ("Scheduling Order"):

1. In this 42 U.S.C. § 1983 action, Mr. Preston asserts claims for violation of his constitutional rights in connection with his arrest by Snohomish County Sheriff's Deputy Boyer. Dkt. 10.

2. The Scheduling Order governs the case schedule for Deputy Boyer's qualified immunity defense.

3. The Parties have worked diligently to meet the Scheduling Order's deadlines. For example, seven depositions of fact witnesses have been completed since entry of the Scheduling

(Case No. C16-1106-JCC-MAT) – 1
STIP. AND [PROPOSED] ORDER AMENDING CASE
SCHEDULE

137592088.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1 Order; the Parties have served reports for four expert witnesses; and depositions of two expert witnesses are scheduled to be completed by November 9, 2017.

4. Because of schedule conflicts for two expert witnesses and counsel, to accommodate the deposition(s) of one or more rebuttal expert witnesses to be disclosed by November 20, 2017, and to permit the parties to incorporate testimony from expert depositions in their briefing on Deputy Boyer's qualified immunity defense, the parties stipulate and request that case deadlines be modified as follows:

    a. Modify the November 9, 2017 deadline for expert witness depositions to December 29, 2017. This includes depositions of expert rebuttal witnesses;

    b. Modify the November 17, 2017 deadline for filing a summary judgment motion on the issue of qualified immunity to January 11, 2018;

    c. Modify the December 8, 2017 deadline for filing an opposition to the summary judgment motion on the issue of qualified immunity to January 29, 2018; and

    d. Modify the December 15, 2017 deadline for filing a reply to the summary judgment motion on the issue of qualified immunity to February 2, 2018.

5. The above-proposed deadlines also take into account scheduling challenges due to upcoming holidays.

6. The proposed modified deadlines, which govern the qualified-immunity phase of the case, are modest and will not impact a trial date, as no trial date has yet been set. Good cause exists to modify the deadlines for the reasons identified above.

(Case No. C16-1106-JCC-MAT) – 2
STIP. AND [PROPOSED] ORDER AMENDING CASE SCHEDULE

137592088.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

RESPECTFULLY SUBMITTED this 7th day of November, 2017

By: *s/ J. Camille Fisher*
J. Camille Fisher, WSBA #41809
Jeffry M. Hanson, WSBA #34871
Laura C. Hill, WSBA #49229
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000
Fax: 206.359.9000
CFisher@perkinscioe.com
JHanson@perkinscoie.com
LHill@perkinscoie.com

*Attorneys for Plaintiff Robert John Preston*

By: *s/ Mikolaj T. Tempski*
Mikolaj T. Tempski, WSBA #42896
Marc O. Bides, WSBA # 40496
**Snohomish County Prosecuting Attorney –
Civil Division**
3000 Rockefeller Ave., M/S 504
Everett, WA 98201
Tel: (425)388-6330
Fax: (425)388-6333
Miko.Tempski@co.snohomish.wa.us
Marc.Bides@co.snohomish.wa.us

*Attorneys for Defendant Ryan Boyer*

(Case No. C16-1106-JCC-MAT) – 3
STIP. AND [PROPOSED] ORDER AMENDING CASE
SCHEDULE

137592088.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED:

The August 29, 2017 Stipulation and Order Limiting Discovery and Amending Case Schedule (Dkt. No. 66) is modified as follows:

1. The deadline for expert witness depositions is December 29, 2017. This includes depositions of expert rebuttal witnesses;

2. The deadline for filing a summary judgment motion on the issue of qualified immunity is January 11, 2018;

3. The deadline for filing an opposition to the summary judgment motion on the issue of qualified immunity to January 29, 2018; and

4. The deadline for filing a reply to the summary judgment motion on the issue of qualified immunity to February 2, 2018.

DATED this 9th day of November, 2017

_____
Mary Alice Theiler
United States Magistrate Judge

(Case No. C16-1106-JCC-MAT) – 4
STIP. AND [PROPOSED] ORDER AMENDING CASE SCHEDULE

137592088.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000