UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOHN PRESTON,<br><br>                    Plaintiff,<br><br>    v.<br><br>RYAN BOYER, et al.,<br><br>                    Defendants. | Case No. C16-1106-JCC-MAT<br><br>ORDER ON STIPULATED MOTION TO STRIKE OR, IN THE ALTERNATIVE, SEAL |

This is a 42 U.S.C. § 1983 prisoner civil rights action. On February 2, 2018, defendants filed a declaration of Captain Robert Palmer and attached an exhibit that contained personal identifiers that were not redacted. (*See* Dkt. 79.) The same day, defendants filed a preacipe in order to replace the unredacted exhibit with a redacted exhibit. (Dkt. 82.)

On March 30, 2018, the parties filed a stipulated motion to strike or seal the unredacted document. (Dkt. 84). On April 2, 2018, the Clerk's office administratively sealed Docket 79. Given that the document has already been sealed, the Court DENIES as moot the parties' stipulated motion (Dkt. 84).

/ / /

/ / /

ORDER ON STIPULATED MOTION TO
STRIKE OR, IN THE ALTERNATIVE,
SEAL - 1

1 | The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 3rd day of April, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER ON STIPULATED MOTION TO
STRIKE OR, IN THE ALTERNATIVE,
SEAL - 2