UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOHN PRESTON, | CASE NO. C16-1106-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RYAN BOYER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On May 25, 2018, United States Magistrate Judge Mary Alice Theiler issued a Report and Recommendation (R&R) (Dkt. No. 88) on Defendant's motion for summary judgment (Dkt. No. 70). The parties filed objections to the Report and Recommendation, which note June 29, 2018 (Dkt. Nos. 94, 96). Plaintiff moved to amend his complaint on June 7, 2018, which notes June 22, 2018. (Dkt. Nos. 90, 92). In the interest of judicial efficiency, the Clerk is INSTRUCTED to re-note Plaintiff's motion to amend (Dkt. Nos. 90, 92) to June 29, 2018.

//

//

//

1       DATED this 25the day of June 2018.

                                            <u>William M. McCool</u>
                                            Clerk of Court

                                            <u>s/Tomas Hernandez</u>
                                            Deputy Clerk