UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOHN PRESTON, | CASE NO. C16-1106-JCC |
| Plaintiff, | ORDER |
| v. | |
| RYAN BOYER, *et al.*, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motions to seal (Dkt. Nos. 89, 102). Having thoroughly considered the briefing and relevant record, the Court hereby GRANTS the motions for the reasons explained herein.

The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g). This presumption applies particularly to pleadings addressing the "merits of a case." *Center for Auto Safety v. Chrysler Group*, *LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). To overcome this presumption, there must be a "compelling reason" for sealing that is "sufficient to outweigh the public's interest in disclosure." *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Plaintiff moves to seal a declaration and exhibits (Dkt. No. 93) filed in support of his motion for leave to amend his complaint (Dkt. No. 90), along with an unredacted version of the motion (Dkt. No. 92). (*See* Dkt. No. 89.) Plaintiff also moves to seal an unredacted version of his

1 | reply (Dkt. No. 104) filed in support of his motion for leave to amend (Dkt. No. 90). (*See* Dkt. No. 102.) The documents and redactions contain sensitive personal information relating to Defendant Boyer. Potential injury from disclosure outweighs the public's interest in this information. Accordingly, there is a compelling reason to maintain these documents under seal.

Plaintiff's motions to seal (Dkt. No. 89, 102) are GRANTED. The Clerk is DIRECTED to maintain Plaintiff's unredacted motion for leave to amend his complaint (Dkt. No. 92) and supporting documents (Dkt. No. 93) under seal, as well as his reply in support of his motion for leave to amend (Dkt. No. 104).

DATED this 12th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE