UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT JOHN PRESTON,

        Plaintiff,

v.

RYAN BOYER, et al.,

        Defendants.

Case No. C16-1106-JCC-MAT

ORDER GRANTING MOTIONS TO SEAL

This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff moves to seal the unredacted versions of his second amended complaint and Exhibits A and B to the August 1, 2018 Declaration of J. Camille Fisher in support of his motion for leave to amend. (Dkts. 115 & 120.) Defendants do not oppose the motions. (Dkts. 118 & 126.) The Honorable John C. Coughenour previously ordered that the same type of information be maintained under seal. (Dkt. 112.) For the reasons articulated by Judge Coughenour, the Court GRANTS plaintiff's motions to seal (Dkts. 115 & 120) and DIRECTS the Clerk to maintain plaintiff's unredacted filings (Dkts. 117 & 122)

/ / /

/ / /

/ / /

ORDER GRANTING MOTIONS TO SEAL
- 1

under seal and to send copies of the Order to the parties and to Judge Coughenour.

Dated this <u>15th</u> day of August, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTIONS TO SEAL
- 2