UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT JOHN PRESTON,

    Plaintiff,

v.

RYAN BOYER, et al.,

    Defendants.

CASE NO. C16-1106-JCC-MAT

ORDER GRANTING MOTION TO SEAL

This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff moves to seal the unredacted version of his opposition to defendants' motion to dismiss. (Dkt. 139.) Defendants do not oppose the motion. (Dkt. 143.) The Court previously ordered that the same type of information be maintained under seal. (Dkts. 112, 128, 135.) For the reasons previously articulated, the Court GRANTS plaintiff's motion to seal (Dkt. 139) and DIRECTS the Clerk to maintain plaintiff's unredacted filing (Dkt. 140) under seal and to send copies of the Order to the parties and to the Honorable John C. Coughenour

DATED this <u>13th</u> day of November, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION TO SEAL
PAGE - 1