THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOHN PRESTON, | CASE NO. C16-1106-JCC |
| Plaintiff, | ORDER |
| v. | |
| RYAN BOYER, *et al.*, | |
| Defendants. | |

The Court, having reviewed the record and the report and recommendation of United States Magistrate Judge Mary Alice Theiler, hereby ORDERS that:

(1) The report and recommendation (Dkt. No. 152) is ADOPTED.

(2) Defendant Snohomish County's motion to dismiss (Dkt. No. 138) is GRANTED in part and DENIED in part. Plaintiff may proceed with his negligent hiring and retention claims, but his negligent supervision claim is DISMISSED with prejudice.

(3) Defendant Snohomish County's motion to strike allegations in Plaintiff's third amended complaint (Dkt. No. 138 at 2) is DENIED.

(4) This matter is RE-REFERRED to Judge Theiler for further proceedings.

(5) The Clerk is DIRECTED to send copies of this order to the parties and to Judge Theiler.

//

DATED this 28th day of February 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C16-1106-JCC
PAGE - 2