The Honorable John C. Coughenour
The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT JOHN PRESTON,

    Plaintiff,

v.

RYAN BOYER, et al.,

    Defendants.

Case No. 2:16-cv-01106-JCC-MAT

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER AMENDING CASE SCHEDULE

**NOTING DATE: MAY 13, 2019**

## STIPULATION

Pursuant to Local Civil Rule 10(g), Plaintiff Robert Preston and Defendants Ryan Boyer and Snohomish County (the "County") (collectively, the "Parties") stipulate and agree as follows to modify the November 30, 2018 Pretrial Scheduling Order (Dkt. No. 149) ("Scheduling Order"):

1. In the November 30, 2018 Stipulation, the Parties agreed to set the deadlines for disclosure of affirmative expert reports for April 22, 2019, disclosure of rebuttal expert reports for May 22, 2019, and close of expert discovery for June 12, 2019. The Parties seek to extend the deadline for disclosure of Defendants' expert Dr. Evan Freedman's rebuttal report to June 21,

Stipulation and [P̶r̶o̶p̶o̶s̶e̶d̶] Order Amending Case Schedule - 1

Cause No. 2:16-cv-01106-JCC-MAT

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

2019, and the deadline to depose Drs. Freedman and Brown to July 19, 2019. All other deadlines will remain unchanged.

2. Good cause exists for the extension of deadlines. In April 2019, Plaintiffs disclosed their affirmative expert reports, including psychologist Dr. Laura Brown's report. Defendants sought a rebuttal expert to Dr. Brown's report and was able to retain Dr. Evan Freedman. However, due to Dr. Freedman's schedule and some delay in the exchange of documents between Drs. Brown and Freedman, Dr. Freeman is unable to produce a report by May 22, 2019. Moreover, Defendants' counsel has pre-planned extended vacation during this period.

3. Extension of time for Dr. Freedman to produce his rebuttal report, and for deposition of Drs. Freedman and Brown is not prejudicial because no trial date has been set in this case, the extension is limited to Drs. Freedman and Brown, and it should not affect the remaining schedule, including the dispositive motion deadline.

4. The Parties stipulate and request that the case schedule be amended as follows:

    a.     June 21, 2019: Deadline for disclosure of rebuttal expert Dr. Evan Freedman's report, and

    b.     July 19, 2019: Deadline for close of expert discovery pertaining to Drs. Brown and Freedman.

Respectfully submitted this 13th day of May, 2019

                  ADAM CORNELL
                  Snohomish County Prosecuting Attorney

                  By: *s/ Marc O. Bides*
                  JOSEPH B. GENSTER, WSBA No. 14968
                  MARC O. BIDES, WSBA No. 40496
                  Deputy Prosecuting Attorneys
                  Snohomish County Prosecuting Attorney – Civil Division
                  3000 Rockefeller Ave., M/S 504
                  Everett, Washington 98201

Stipulation and [Proposed] Order Amending Case Schedule - 2

Cause No. 2:16-cv-01106-JCC-MAT

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

Phone: (425) 388-6330 / Fax: (425) 388-6333
Joseph.Genster@snoco.org
MBides@snoco.org

*Attorneys for Defendants Ryan Boyer and Snohomish County*

By: s/ Christian W. Marcelo
Christian W. Marcelo, WSBA #51193
Jeffrey M. Hanson, WSBA #34871
J. Camille Fisher, WSBA #41809
Laura C. Hill, WSBA #49229
Heath L. Hyatt, WSBA #54141
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000
Fax: 206.359.9000
JHanson@perkinscoie.com
CFisher@perkinscioe.com
LHill@perkinscoie.com
CMarcelo@perkinscoie.com
HHyatt@perkinscoie.com

*Attorneys for Plaintiff Robert John Preston*

Stipulation and [~~Proposed~~] Order Amending Case Schedule - 3

Cause No. 2:16-cv-01106-JCC-MAT

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

# [~~PROPOSED~~] ORDER

Based on the foregoing stipulation and for good cause shown, IT IS SO ORDERED.

The November 30, 2018 Pretrial Scheduling Order (Dkt. No. 149) is modified as follows:

1. The deadline for disclosure of rebuttal expert Dr. Evan Freedman's report is June 21, 2019; and

2. The deadline for close of expert discovery pertaining to Drs. Laura Brown and Evan Freedman is July 19, 2019.

DATED this <u>14th</u> day of May, 2019

_____
Mary Alice Theiler
United States Magistrate Judge

Stipulation and [~~Proposed~~] Order Amending Case Schedule - 4

Cause No. 2:16-cv-01106-JCC-MAT

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333