UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT JOHN PRESTON,

          Plaintiff,

  v.

RYAN BOYER, et al.,

          Defendants.

Case No. C16-1106-JCC-MAT

ORDER

This is a 42 U.S.C. § 1983 prisoner civil rights action. Currently before the Court is Snohomish County's motion to strike the testimony of plaintiff's expert Scott DeFoe (Dkt. 191 at 10-11) and plaintiff's motion to file a surreply regarding a pending motion to seal (Dkt. 190). Having considered the parties submissions, the balance of the record, and the governing law, the Court finds and ORDERS:

(1) The County moves to strike testimony from Mr. DeFoe that plaintiff submitted in opposition to the County's motion for summary judgment. The County raises the motion to strike in its August 9, 2019 reply brief in support of its motion for summary judgment. (Dkt. 191 at 10-11.) In opposing the motion to strike, plaintiff argues that the County's motion is improper under LCR 16(b)(4), which provides: "Unless otherwise ordered by the court, parties shall file any

ORDER - 1

motion to exclude expert testimony for failure to satisfy Daubert v. Merrell Dow Pharmaceuticals, Inc. and its progeny not later than the deadline to file dispositive motions." (Dkt. 194 at 1 n.1.) It appears the County seeks to exclude Mr. DeFoe's testimony based on *Daubert*. (*See* Dkt. 191 at 10 (citing *Daubert*).) The County also filed the motion after the dispositive motions deadline, which was July 12, 2019. (*See* Dkt. 149 at 2.) Accordingly, the County shall SHOW CAUSE, within 7 days of the date of this order, why the motion to strike should not be summarily denied as filed in violation of LCR 16(b)(4).

(2) The County moves to seal the unredacted version of its motion for summary judgment and certain exhibits submitted in support thereof. (Dkt. 158.) Plaintiff opposed the motion. (Dkt. 177.) The County's reply raised new arguments not included in its motion. (Dkt. 182.) Plaintiff moves for leave to file a surreply that addresses only the new arguments raised in the County's reply. (Dkt. 190.) The motion (Dkt. 190) is GRANTED, and plaintiff shall file a surreply within 7 days of the date of this order.

(3) The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 24th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER - 2