UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOHN PRESTON, | CASE NO. C16-1106-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RYAN BOYER and SNOHOMISH COUNTY, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated notice of dismissal (Dkt. No. 225). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the parties nevertheless request that the Court enter a proposed order filed with their stipulation. The parties have stipulated to dismissing all claims with prejudice and the stipulation is signed by all parties who have appeared. (*See* Dkt. No. 225.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is self-executing. All claims in this action are DISMISSED with prejudice, without costs to any party and with each party to bear its own attorney fees and other litigation expenses. The Clerk is DIRECTED to close this case.

//

DATED this 25th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C16-1106-JCC
PAGE - 2